# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR12-24 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| VINCENT PRICE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on August 14, 2018. The Court referred this matter to Magistrate Judge Jonathan D. Greenberg to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on January 2, 2019. The defendant admitted to the following violation: New Law Violation.

The magistrate judge filed a report and recommendation on January 2, 2019, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on January 29, 2019. Defendant Vincent Price was present and represented by Attorney Darin Thompson. The United States was represented by Assistant United States Attorney Damoun Delaviz. United States Probation Officer Jenifer Giammarco was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate

judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

The Court continues the sentencing hearing until February 5, 2019 at 10:00 a.m.

**IT IS SO ORDERED**.

Dated: January 29, 2019

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**