# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11CR12-24 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| VINCENT PRICE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A final supervised release violation hearing was held on January 29, 2019. The Court continued the sentencing hearing

The Court conducted the sentencing hearing on February 5, 2019. Defendant Vincent Price was present and represented by Attorney Darin Thompson. The United States was represented by Assistant United States Attorney Damoun Delaviz. United States Probation Officer Anna Newman was also present at the hearing.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a term of six (6) months.

Upon release from imprisonment, the defendant shall serve a term of supervised release of one (1) year, with the same terms and conditions of supervised release as previously ordered, and with the following additional conditions:

1. Upon release from custody, the defendant shall reside in a residential treatment facility for a period of at least 30 days;

2. The defendant must not use or possess alcohol;

3. The defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by their supervising officer; and abide by the rules of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: February 5, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**